JS-6

# UNITED STATED DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARACCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., a Delaware Corporation, DUNKIN' BRANDS, INC., a Delaware Corporation, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 2:24-cv-10837-CV-RAO<br><br>Judge: Hon. Cynthia Valenzuela<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL** |

On March 24, 2025, Plaintiff Andrew Baracco ("Plaintiff") and Defendant Keurig Green Mountain Inc. ("Defendant"), by and through their counsel of record, filed a Joint Stipulation and Request for Dismissal of Plaintiff's individual claims as against Defendant Dunkin' Brands, Inc., *with prejudice*, and the proposed class's claims, *without prejudice*. The Court having considered the parties' Joint Stipulation and finding good cause, hereby ORDERS that Plaintiff Andrew Baracco's claims as to Defendant Dunkin' Brands, Inc. are ordered dismissed, *with prejudice*, and the proposed class's claims are ordered dismissed, *without prejudice*. Each party shall bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 4/8/25

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE